**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-02082-VAP (SPx)                              Date:  February 5, 2015

Title:     KRISTINA RUBERSON -v- CIS FINANCIAL SERVICES INC., AND DOES 1 THROUGH 10 INCLUSIVE
================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|   Marva Dillard      |   None Present   |
|   Courtroom Deputy   |   Court Reporter |

ATTORNEYS PRESENT FOR                       ATTORNEYS PRESENT FOR
PLAINTIFFS:                                 DEFENDANTS:

   None                                        None

PROCEEDINGS:    MINUTE ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT SCHEDULING CONFERENCE (IN CHAMBERS)

   On February 2, 2015, the Court held a scheduling conference in this matter. Lead trial counsel for the Plaintiff, Houman Fakhimi, did not appear.  The Court's Order Setting Scheduling Conference makes clear that all lead trial counsel must appear at the scheduling conference, and that failure to comply may lead to sanctions.  (See Doc. No. 13.)  Accordingly, the Court ORDERS Houman Fakhimi to show cause in writing by February 20, 2015, why he should not be sanctioned $500 for his failure to appear at the scheduling conference.

   **IT IS SO ORDERED.**